■ ANNIE LOPEZ, as Administrator of the Estate of GERONIMO LOPEZ, JR., Deceased, Respondent, v KUMAR KANCHERLA, Defendant, and K & K ASSETS, LLC, et al., Appellants, et al., Defendant. (And a Third-Party Action.) [31 NYS3d 870]—

Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered September 21, 2015, which, insofar as appealed from, denied the motion of defendants K & K Assets, LLC and Manchester Property Group, LLC for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Defendants' motion for summary judgment was properly denied in this action arising from third-party defendant Jannie Johnson's assault on plaintiff's decedent. Triable issues of fact exist concerning whether defendants, Johnson's putative employers, could be held either vicariously liable for her actions (*see Riviello v Waldron*, 47 NY2d 297, 303-304 [1979]; *Ramos v Jake Realty Co.*, 21 AD3d 744 [1st Dept 2005]), or liable for negligently hiring and retaining Johnson (*see Haddock v City of New York*, 140 AD2d 91, 94 [1st Dept 1988], *affd* 75 NY2d 478 [1990]). Specifically, the submitted evidence presents questions as to whether Johnson was defendants' building superintendent or otherwise an employee, and whether defendants knew or should of known of her violent propensities, at least shortly after she was purportedly hired (*see T.W. v City of New York*, 286 AD2d 243 [1st Dept 2001]). Concur—Tom, J.P., Sweeny, Moskowitz, Richter and Gesmer, JJ.